UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                          )<br>)<br>JOHN P. PIGSLEY,              )<br>)<br>          Defendant )  | Crim. No. 23-cr-10093-IT |

**DISCOVERY PROTECTIVE ORDER**

1. Pursuant to Federal Rule of Criminal Procedure 16(d), the government submits, and the defendant agrees, that good cause exists for the following protective order in regard to certain confidential discovery in this case, including but not limited to non-party financial and business records.

2. The government will make available copies of discovery materials to defense counsel to comply with the government's discovery obligations. With respect to discovery materials designated as "confidential," defense counsel of record may disclose such materials to their investigators, paralegals, law clerks, and assistants, and to the defendant, only for the purpose of preparing the legal defense in this case.

3. Defense counsel of record may disclose materials designated as "confidential" to any potential witness in this case, provided that any personal identifying information other than the name of an individual (including social security numbers, dates of birth, home addresses, names of minor children, and financial account numbers of third parties) of persons other than the witness have been redacted.

4. In the case of any expert witness hired by defense counsel for the purpose of preparing the legal defense in this case, defense counsel may disclose materials designated as

"confidential" to the expert witness without redaction so long as the expert witness: (a) has signed the attached Agreement To Be Bound By Order, which defense counsel of record shall retain; and (b) destroys all copies of such materials, or returns them to defense counsel of record, at the conclusion of the case.

5. Nothing in this order shall be construed as imposing any discovery obligations on the government or the defendant that are different from those imposed by case law, the Federal Rules of Criminal Procedure, and/or the Local Rules.

6. Any "confidential" discovery material that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matters before this Court shall be filed under seal and shall remain sealed until otherwise ordered by this Court, unless such material is de-designated by the government. This does not entitle either party to seal its filings as a matter of course; the parties are required to comply in all respects with the relevant local and federal rules pertaining to the sealing of court documents.

7. No person receiving discovery materials designated by the government as "confidential" may further disseminate or disclose such materials for any purpose at any time, except as may be agreed upon between defense counsel and the government, or as otherwise ordered by the Court.

IT IS SO ORDERED.

_____                    Dated: _____
Honorable Paul G. Levenson
United States Magistrate Judge

## AGREEMENT TO BE BOUND BY ORDER

      I hereby acknowledge that I have read the contents of the above protective order entered in *United States v. John P. Pigsley*, No. 23-cr-10093-IT, and have had the terms explained to me. I agree that the order applies to me, that I am bound by its terms, and that I shall comply with its terms.

Signature: _____

Name: _____

Date: _____