AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>JOHN P. PIGSLEY, a/k/a "John P. Pigsley, Sr."<br>and "Big John,"<br><br>Defendant | )<br>)<br>)   Case No.  23cr10093 IT-PGL<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOHN P. PIGSLEY, a/k/a "John P. Pigsley, Sr." and "Big John,",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud  (18 U.S.C. § 1343)
Conspiracy to Commit Wire Fraud  (18 U.S.C. § 1349)
Attempt to Evade or Defeat Tax  (26 U.S.C. § 7201)
Filing a False Tax Return  (26 U.S.C. § 7206(1))
Structuring Transactions to Evade Reporting Requirements  (31 U.S.C. § 5324)

Date: 04/04/2023

*Issuing officer's signature*

City and state: Boston, MA

Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY   FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON   04-05-23

*Arresting officer's signature*

*Printed name and title*