UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cr-10093-IT |
| | ) | |
| JOHN P. PIGSLEY, a/k/a | ) | |
| "John P. Pigsley, Sr." and | ) | |
| "Big John,", | ) | |
| Defendant. | ) | |

**STATUS REPORT REGARDING FORFEITURE OF REAL PROPERTY
LOCATED AT 30 HIGH STREET, BEVERLY, MASSACHUSETTS**

The United States of America, by its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully submits this Status Report regarding the real property located at 30 High Street, Beverly, MA (the "Real Property"). On April 17, 2025, the Court issued a Preliminary Order of Forfeiture against the Real Property, which forfeited to the United States all of the interests of the defendant in the Real Property. Doc. No. 110. The government provided an initial Status Report on September 18, 2025, and additional Status Reports on November 3, 2025, December 17, 2025, January 28, 2026, March 10, 2026, and April 21, 2026. Doc. Nos. 125, 137, 138, 142, 146 and 156. The government continues to be engaged in conversations with the attorney for Jane E. Fanning, who, among other things, resides at the Real Property, and is a potential claimant. The parties have made progress towards a resolution, however, in order to obtain the financing necessary to effectuate such resolution, Ms. Fanning's family has commenced an ancillary probate proceeding. As set forth in the last Status Report, the government understands from counsel to Ms. Fanning that the probate court issued the probate decree granting the family's petition, but he was informed by Ms. Fanning's probate counsel that they are waiting for the probate court to issue an "approval of complete settlement." Probate counsel expects to receive such approval, but they are not able to predict when the probate court will act. The docket of the

probate court case reflects that a Petition for Order of Complete Settlement was filed on June 1, 2026.  The government understands that as of the date hereof, the probate court has not issued the "approval of complete settlement."  The government hopes to have a further update for the Court in the next 45 days.

<div style="margin-left:50%">

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   */s/ Raquelle L. Kaye*
RAQUELLE L. KAYE
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
raquelle.kaye@usdoj.gov

</div>

Date: June 4, 2026

## CERTIFICATE OF SERVICE

I, Raquelle L. Kaye, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and will be served on Michael Pabian, counsel to Jane E. Fanning via electronic mail.

<div style="margin-left:50%">

*/s/ Raquelle L. Kaye*
RAQUELLE L. KAYE
Assistant United States Attorney

</div>

Date:  June 4, 2026

2